UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| Plaintiff(s) | : : : | CIVIL ACTION NO. _____ |
| v. | : : |  |
| Defendant(s) | : : : |  |

APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending

time within which defendant(s) _____

_____

may answer, move, or otherwise reply to the Complaint filed by

plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on _____; and
3. Time to Answer, Move or otherwise Reply expires on _____.

                                                    _____
                                                    Attorney for Defendant(s)
                                                    Address: _____
                                                    _____
                                                    _____

ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

                                                    WILLIAM T. WALSH, Clerk

                                                    By: _____
                                                        Deputy Clerk